**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2046

ANTINETTE BENSON,

       Plaintiff - Appellant,

    v.

SECURITAS SECURITY SERVICES,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00049-BO-BM)

Submitted:  May 22, 2025                            Decided:  May 27, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antinette Benson, Appellant Pro Se.  Vanessa Nicole Garrido, Paul S. Holscher, OGLETREE DEAKINS, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antinette Benson appeals the district court's order granting Defendant's motion to dismiss her amended complaint for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Benson v. Securitas Sec. Servs.*, No. 5:23-cv-00049-BO-BM (E.D.N.C. Sept. 19, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*